IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DARRELL EUGENE BANKS**                                            **PLAINTIFF**
**REG# 23612-058**

v.                **CASE NO. 2:13CV00121 BSM**

**FEDERAL BUREAU**
**OF PRISONS et al.**                                                       **DEFENDANTS**

**ORDER**

       The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young have been reviewed. No objections have been filed. After careful consideration, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

       IT IS THEREFORE ORDERED THAT plaintiff's claims against the Federal Bureau of Prisons and FCC Forrest City are DISMISSED WITH PREJUDICE.

       DATED this 2nd day of December 2013.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE