**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DARRELL EUGENE BANKS**                                                        **PLAINTIFF**
**REG# 23612-058**

**v.**                    **CASE NO. 2:13CV00121 BSM**

**FEDERAL BUREAU**
**OF PRISONS et al.**                                                                **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge H. David Young and plaintiff's objections thereto have been reviewed. After a careful consideration of the objections, and a *de novo* review of the record, the RD are hereby approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. The motion for summary judgment filed by defendants Darlene Gallardo, Theron Houston, Brenda Hoy, Steven Norris, T.C. Outlaw, Nader Peikar, and Mary Ellen Rivers-Graham [Doc. No. 57] is granted.

2. Banks's complaint [Doc. No. 6] is dismissed without prejudice with respect to his claims against the unnamed Does and the USA, and with prejudice in all other respects.

3. It is certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be considered frivolous and not in good faith.

IT IS SO ORDERED this 9th day of April 2015.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE